**United States Court of Appeals**
**for the Eighth Circuit**

Kenis Adalberto Lopez Gonzalez,

Plaintiff,

v.

Markwayne Mullin, *in his official capacity as Secretary of Homeland Security*; U.S. Department of Homeland Security; David Venturella, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*; U.S. Immigration and Customs Enforcement; Todd Blanche, *in his official capacity as Attorney General of the United States*; Marco Rubio, *in his official capacity as Secretary of State*; and Sam Olson, *in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement*,

Defendants.

Appeal No. 26-3276

**Defendants' Renewed Emergency Motion for Immediate Administrative Stay**

On November 11, 2026, Defendants filed a Motion for Stay Pending Appeal and a Motion for an Immediate Administrative Stay. As Defendants explained, if Plaintiff is returned to the United States while the stay motion remains pending, Defendants' appeal will likely become moot, depriving this Court of the opportunity to decide whether the district court may require Defendants to facilitate Plaintiff's return.

As of November 18, 2026, the Court has not yet acted on Defendants' request for an immediate administrative stay. Defendants confirm that, per the district court's order, Plaintiff received a grant of parole to re-enter the United States and his return to the United States will likely occur early next week. Absent interim relief, there is therefore a substantial likelihood that the challenged facilitation-of-return order will be fully effectuated before the Court can consider Defendants' stay request, likely rendering the appeal effectively moot.

Defendants respectfully renew their request for an administrative stay to preserve the status quo and afford the Court a meaningful opportunity to consider the pending motion for a stay pending appeal and the eventual merits appeal. *See Brady v. Nat'l Football League*, 638 F.3d 1004, 1005 (8th Cir. 2011) ("The purpose of this administrative stay is to give the court sufficient opportunity to consider the merits of the motion for a stay pending appeal.").

The Ninth Circuit recently adopted that approach in *A.M.A.S. v. Mullin, et al.*, No. 26-6950, another case involving third-country removal, by entering an administrative stay, expediting briefing, and referring the stay motion to a merits panel. *See* DktEntry 17.1. Defendants

respectfully request that this Court do the same here: grant an immediate administrative stay to maintain the status quo while it considers Defendants' motion for a stay pending appeal, thereby preventing the appeal from becoming moot.

Dated: November 19, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

DREW C. ENSIGN
Deputy Assistant Attorney General

SARAH WELCH
Counsel to the Assistant Attorney General

MATTHEW P. SEAMON
Assistant Director

MARY L. LARAKERS
Senior Litigation Counsel

DANIEL N. ROSEN
United States Attorney

s/ *David W. Fuller*

By: DAVID W. FULLER
Assistant U.S. Attorney
Civil Division Chief
David R. Hackworthy
Special Assistant U.S. Attorney
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

## Certificate of Compliance

The undersigned attorney for the United States certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion has 295 words proportionally spaced using Century Schoolbook, 14-point font. The motion was prepared using Word for Microsoft 365.

Dated: November 19, 2026

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ David W. Fuller*

BY: DAVID W. FULLER
Assistant U.S. Attorney
Civil Division Chief

## <u>**Certificate of Service**</u>

I hereby certify that on November 19, 2026, Defendants' Renewed Emergency Motion for Immediate Administrative Stay was filed to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

<u>*s/David W. Fuller*</u>