**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 26-3276

Kenis Adalberto Lopez Gonzalez

Appellee

v.

Markwayne Mullin, in his official capacity as Secretary of Homeland Security, et al.

Appellants

---

Appeal from U.S. District Court for the District of Minnesota
(0:26-cv-04507-JMB)

---

**ORDER**

Appellants' motions for an immediate administrative stay and for a stay pending appeal are granted.

November 19, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler